UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RECEIVED
AUG 2 3 2010
AT 8:30_____M
WILLIAM T. WALSH
CLERK

SAMUEL ZUCKER d/b/a SAMUEL
ZUCKER REALTY,

        Plaintiff,

v.

AARON ROTTENBERG a/k/a AHARON
ROTTENBERG, et al.,

        Defendants.

Civil Action No.: 10-868 (FLW)

**MORTGAGE FORECLOSURE JUDGMENT**

This matter being opened to the Court by Adam D. Greenberg of Honig & Greenberg, L.L.C., attorneys for the Plaintiff, and it appearing that the summons and complaint were served on the party defendants, namely

AARON ROTTENBERG a/k/a AHARON ROTTENBERG

SHEILAH ROTTENBERG his wife;

YOMAH, INC.;

CLAYTON BLOCK COMPANY, INC.

RALPH CLAYTON & SONS

THOMAS BIERSZCAD MASONRY

RACHEL REINER and JOSEPH REINER

EDWARD F. LISTON, JR., ESQ.

DINASO & SONS BUILDING SUPPLY CO.

SOVEREIGN BANK

according to the Federal Rules of Civil Procedure, and it appearing that the Court Clerk has entered default against all defendants except Sovereign Bank, and it further appearing that the Answer filed by Sovereign Bank does not raise any dispute with regard to

Plaintiff's claim or priority, and it appearing that the plaintiff having submitted a true copy of the note, mortgage and associated documents, and having filed a certification of amount due;

It is on August 23, 2010 ORDERED AND ADJUDGED that:

1. The amount due Plaintiff from AARON ROTTENBERG a/k/a AHARON ROTTENBERG, SHEILAH ROTTENBERG his wife, and YOMAH, INC., is $829,493.00 as of September 22, 2009, plus per diem interest of $114.24 from that date to the date of this judgment and lawful interest thereafter together with costs of this suit to be taxed, which includes, as a part thereof, a counsel fee of $7,500.00 which is hereby approved and allowed, and expenses of $1,006.96.

2. The mortgaged real property, located in the municipality of Lakewood Township, in the County of Ocean, and State of New Jersey, commonly known as 207 Carey Street, and Block 110 Lot 2 on the tax map, being the same property conveyed to Aharon Rottenberg and Sheilah Rottenberg his wife by Deed from Sara Reiner, Widow, and Israel Feldman, Married, dated December 2, 1991 and recorded with the Clerk of Ocean County December 17, 1991 in Deed Book 4949 Page 0651 and being further described by metes and bounds description annexed to this Judgment as Exhibit A, shall be sold to raise and satisfy the amount due, in the first place to the plaintiff, together with the plaintiff's costs and lawful interest thereon to be computed as aforesaid, and that an execution for that purpose be duly issued out of this Court directed to the United States Marshall, commending the Marshall to make a public sale, according to law, of the real property, free of all claims, rights and interest of the defendants, or any person or entity claiming under or through the defendants, except as herein provided.

3. The defendants in this cause, AARON ROTTENBERG a/k/a AHARON ROTTENBERG, SHEILAH ROTTENBERG his wife, YOMAH, INC.;, CLAYTON BLOCK COMPANY, INC., RALPH CLAYTON & SONS, THOMAS BIERSZCAD MASONRY, RACHEL REINER and JOSEPH REINER, EDWARD F. LISTON, JR., ESQ., DINASO & SONS BUILDING SUPPLY CO., SOVEREIGN BANK, and each of them, stand absolutely debarred and foreclosed of and from all equity of redemption of, in, and to said real property described in the complaint and when sold as aforesaid by virtue of this judgment.

4. The plaintiff or its assignee or the successful purchaser at the Marshall's sale shall duly recover against the defendants, and all parties holding under said defendants, possession of the real property with the appurtenances thereto.

5. Out of the monies arising from said sale the Marshall shall pay to the plaintiff, in the first place, the amount due the plaintiff, with the interest thereon as aforesaid and the plaintiff's taxed costs with interest thereon, as aforesaid.

6. The Marshall aforesaid shall make a report of the sale, without delay, as required by law.

7. In case more money shall be realized by the sale than is required to satisfy such amount due the plaintiff, then such surplus be brought into this Court to abide the further Order of this Court.

8. If after the sale and satisfaction of the judgment and costs there remains any surplus monies, the money will be deposited with the Clerk of the Court and any person claiming the surplus, or any part thereof, may file a motion pursuant to law stating the nature and extent of that person's claim and asking for an order directing payment of the surplus money. The Marshall or other person conducting the sale will have information regarding the surplus, if any.

_____
HON. FREDA J. WOLFSON, U.S.D.J.

# EXHIBIT A

OR BK 11284 PG 1874

REVISED SCHEDULE A

ALL THAT CERTAIN LOT, PIECE OR PARCEL OF LAND WITH THE BUILDINGS AND IMPROVEMENTS THEREON ERECTED, SITUATE, LYING AND BEING IN THE TOWNSHIP OF LAKEWOOD, COUNTY OF OCEAN AND STATE OF NEW JERSEY:

BEING KNOWN AND DESIGNATED AS PROPOSED LOT 2 IN BLOCK 110 ON A MAP ENTITLED "MINOR SUBDIVISION AND VARIANCE LOTS 2 AND 3 BLOCK 110, LAKEWOOD TOWNSHIP, OCEAN COUNTY, NEW JERSEY" DULY FILED IN THE OCEAN COUNTY CLERK'S OFFICE ON AUGUST 3, 1989 AS MAP G-2214.

THE ABOVE PREMISES ARE MORE CURRENTLY DESCRIBED IN ACCORDANCE WITH A SURVEY MADE BY STANLEY PETERS ASSOCIATES, P.E., L.S., DATED MARCH 31, 1993 AS FOLLOWS:

BEGINNING AT POINT IN THE NORTH LINE OF CARY STREET SAID POINT BEING DISTANT 116.17 FEET WEST FROM THE NORTHWEST INTERSECTION OF CARY STREET AND LEXINGTON AVENUE AND RUNNING; THENCE

1. ALONG THE NORTH LINE OF CARY STREET NORTH 88 DEGREES 30 MINUTES 00 SECONDS WEST 70.00 FEET TO A POINT; THENCE

2. NORTH 01 DEGREES 30 MINUTES 00 SECONDS EAST 150.00 FEET TO A POINT; THENCE

3. SOUTH 88 DEGREES 30 MINUTES 00 SECONDS EAST 70.00 FEET TO A POINT; THENCE

4. SOUTH 01 DEGREES 30 MINUTES 00 SECONDS WEST 150.00 FEET TO A POINT IN THE NORTH LINE OF CARY STREET AND PLACE OF BEGINNING.

BEING KNOWN AND DESIGNATED AS LOT 2 IN BLOCK 110 ON THE TAX MAP OF THE TOWNSHIP OF LAKEWOOD.