IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAMUEL ZUCKER d/b/a SAMUEL ZUCKER REALTY;<br>　　　　Plaintiff,<br>-vs-<br><br>AARON ROTTENBERG a/k/a AHARON ROTTENBERG<br>SHEILAH ROTTENBERG his wife;<br>YOMAH, INC.;<br>CLAYTON BLOCK COMPANY, INC.<br>RALPH CLAYTON & SONS;<br>THOMAS BIERSZCAD MASONRY;<br>RACHEL REINER and JOSEPH REINER;<br>EDWARD F. LISTON, JR., ESQ.;<br>DINASO & SONS BUILDING SUPPLY CO.;<br>SOVEREIGN BANK; | Case Number:3:10-cv-868-FLW |

**PROOF OF MAILING OF NOTICE OF SALE**

　　Adam D. Greenberg, of full age, certifies as follows:

1.　I am the attorney for Plaintiff. On March 15 2011, I mailed via certifed mail, return receipt requested, and via regular mail, a copy of the Notice of Marshall's Sale in this matter to the following addressees:

Abraham M. Penzer, Esq.
1203 Madison Avenue
Lakewood, N.J. 08701
Attorney for Aaron Rottenberg, Sheilah Rottenberg, Yomah, Inc.
(Attorney did not file an appearance and is served as a courtesy)

AARON ROTTENBERG a/k/a AHARON ROTTENBERG

-1-

207 Carey Street
Lakewood, N.J. 08701

SHEILAH  ROTTENBERG
207 Carey Street
Lakewood, N.J. 08701

YOMAH, INC.
AARON ROTTENBERG
207 Carey Street
Lakewood, N.J. 08701

CLAYTON BLOCK COMPANY, INC.
Attn. Kevin B. Riordan, Esq.
Gertner Riordan, L.L.C.
P.O. Box 499
Lakewood, N.J. 08701

RALPH CLAYTON & SONS
Attn. Kevin B. Riordan, Esq.
Gertner Riordan, L.L.C.
P.O. Box 499
Lakewood, N.J. 08701

THOMAS BIERSZCAD MASONRY
Rogers & Krajewski
1021 Brunswick Avenue
Lawrenceville, N.J. 08648

THOMAS BIERSZCAD MASONRY
965 Charles Street
Jackson, N.J. 08527

RACHEL REINER and JOSEPH REINER
c/o Edward F. Liston, Jr., Esquire
P.O. Box 1056
207 Hooper Avenue

Toms River, NJ 08754-1056

RACHEL REINER
20 Gefen Drive
Lakewood, N.J. 08701

JOSEPH REINER
20 Gefen Drive
Lakewood, N.J. 08701

Edward F. Liston, Jr., Esquire
P.O. Box 1056
207 Hooper Avenue
Toms River, NJ 08754-1056

DINASO & SONS BUILDING SUPPLY CO.
Jeffrey H. Gerstenblatt, Esq.
1072 Madison Avenue
Lakewood, N.J. 08701

DINASO & SONS BUILDING SUPPLY CO.
507 Oak Glen Road
Howell, N.J. 07731

SOVEREIGN BANK
Wilentz, Goldman & Spitzer, P.A.
90 Woodbridge Center Drive
Woodbridge, N.J. 07095

I certify, under penalty of perjury, that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                           /s/ Adam D. Greenberg
                                           Adam D. Greenberg, Esq.
                                           HONIG & GREENBERG, L.L.C.
                                           Attorneys for Plaintiff

Dated: March 15, 2011