IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAMUEL ZUCKER d/b/a SAMUEL ZUCKER REALTY;<br><br>Plaintiffs,<br><br>vs.<br><br>AARON ROTTENBERG a/k/a AHARON ROTTENBERG; SHEILAH ROTTENBERG his wife; YOMAH, INC.; CLAYTON BLOCK COMPANY, INC.; RALPH CLAYTON & SONS; THOMAS BIERSZCAD MASONRY; RACHEL REINER and JOSEPH REINER; EDWARD F. LISTON, JR., ESQ.; DINASO & SONS BUILDING SUPPLY CO.; SOVEREIGN BANK;<br><br>Defendants, | Civil Case No. 3:10-cv-868-FLW<br><br>R E C E I V E D<br><br>JUN 13 2011<br><br>AT 8:30_____M<br>WILLIAM T. WALSH<br>CLERK |

## ORDER CONFIRMING JUDICIAL SALE

The Plaintiff, SAMUEL ZUCKER d/b/a SAMUEL ZUCKER REALTY, by its undersigned counsel, having requested an order confirming the judicial sale of the real property located in the municipality of Lakewood Township, in the County of Ocean, and State of New Jersey, commonly known as 207 Carey Street, and Block 110 Lot 2, for the sum of $100.00, *and proof of service having been filed and no opposition received* and good cause having been found,

IT IS THEREFORE ORDERED THAT the sale of the real property commonly known as 207 Cary Street, Lakewood Township, Ocean County, New Jersey, whose legal description is annexed hereto, to **SAMUEL ZUCKER REALTY, INC.**, for the sum of $100.00, is hereby confirmed, and the U.S. Marshal Service is authorized and directed to issue a

-1-

Marshal's Deed for that property to **SAMUEL ZUCKER REALTY, INC.** in the form attached hereto.

Done at Trenton, New Jersey, this 13th day of June, 2011

HON. Freda J. Wolfson
Judge, U.S. District Court
District of New Jersey