| | |
|---|---|
| SAMUEL ZUCKER<br>D/B/A SAMUEL ZUCKER REALTY<br>Plaintiff<br><br>vs.<br><br>AARON ROTTENBURG<br>A/K/A<br>AHARON ROTTENBURG<br>&<br>SHEILAH ROTTENBURG<br>Defendant | UNITED STATES DISTRICT COURT<br><br>DISTRICT OF NEW JERSEY<br><br>Civil Action:  CV-10-868 |

## REPORT OF SALE

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY:

I, DONALD I. RACKLEY, Acting United States Marshal for the District of New Jersey, through Brian Chewning, Deputy, United States Marshal, do hereby respectfully report that on 8 April 2011, I sold at the U.S. Marshals Service in Trenton, New Jersey, after having first duly advertised it, the property located at 207 Carey Street, (Lot 2, Block 110), Lakewood, New Jersey, particularly described in the Writ of Execution, issued out of this Court in the above entitled cause, bearing the date of 23 August 2010 and directed to Adam D. Greenberg, 1949 Berlin Road, Suite #200, Cherry Hill, New Jersey, 08003, being the highest bidder for said property.

All of which is respectfully submitted, this 7th day of July 2011.

DONALD I. RACKLEY
Acting United States Marshal
District of New Jersey

STATE OF NEW JERSEY )
)     Civil Action # CV-10-868
County of Essex )

    I, DONALD I. RACKLEY, of full age, being duly sworn according to law, upon his oath deposes and says that the price of One Dollar ($100.00) (Credit Bid), herein before mentioned, was the best price that the real property located at 207 Carey Street (Lot 2, Block 110), Lakewood, New Jersey, herein before referred to, would bring at the time of said sale, and that the said real property was sold for the highest and best price the same would bring at that time.

*William Cannon for Donald Rackley*
DONALD I. RACKLEY
Acting United States Marshal
District of New Jersey

Sworn and subscribed to before me this
7th Day of July 2011.

*Vanessa Barraza*
Notary Public

VANESSA BARRAZA
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES DEC. 4, 2013



**U.S. Department of Justice**

**United States Marshals Service**
District of New Jersey

50 Walnut Street, Room 2009
Newark, New Jersey 07102

Telephone   (973) 645-2404
Facsimile   (973) 693-4142

**July 7, 2011**

Adam D. Greenberg, Esq.
1949 Berlin Road, Suite 200
Cherry Hill, NJ 08003

**Re:** Samuel Zucker d/b/a Samuel Zucker Realty vs Aaron Rottenburg & Sheilah Rottenburg
**Case No:** CV-10-868

Dear Adam D. Greenberg, Esq.:

We have received deposits totaling the amount of **$1,100.00** with regards to the above-captioned case. However, our expenses have exceeded that amount.

The enclosed U.S. Marshals Service Closeout Expenses and Disbursement Tally Sheet will provide an explanation for the expenses up to the present time.

We request that you send a check in the amount of **$8,062.60** immediately. Be advised that we cannot issue a U.S. Marshal's Deed/Bill of Sale for the property sold until we receive the "Order Confirming Sale" and the funds requested.

If you have any questions, please contact, Elizabeth Baskerville, at (973) 645-2404 Ext. 247.

Sincerely,

*[signature]*
For Donald Rackley

**DONALD I. RACKLEY**
**Acting United States Marshal, DNJ**

Enclosure

**Re:** *Samuel Zucker d/b/a Samuel Zucker Realty vs Aaron Rottenburg & Sheilah Rottenburg*
**Case No:** *CV-10-868*

### CLOSEOUT EXPENSES AND DISBURSEMENT / TALLY SHEET

*Service of Process.................................................................$440.00*
*Mileage................................................................................$121.60*
*Overtime..............................................................................$0*
*Tolls.....................................................................................$0*
*Insurance.............................................................................$0*
  *Date Beg.              Date End.*
*Guard Service......................................................................$0*
*Storage Expenses................................................................$0*
*U.S. Marshals Commission...................................................$7,890.00*
*Advertising...........................................................................$691.00*
*Forwarding Fees..(Process sent to another district for service)..$0*
*Other.(Notice of Sale / Bill of Sale / Deed) ...........................$20.00*

*Total Expenses....................................................................$9,162.60*

*Deposit................................................................................$1,100.00*

*Deposit Received from Sale.................................................$0*

*Amount Previously Reimbursed............................................$0*

**BALANCE OWED TO THE U.S. MARSHALS ............................$8,062.60**

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 3:10-cv-00868-FLW-LHG   Document 32   Filed 08/22/11   Page 5 of 11 PageID: 175

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>Samuel Zucker d/b/a Samuel Zucker Realty | COURT CASE NUMBER<br>CV-10-868 |
|---|---|
| DEFENDANT<br>Aaron Rottenberg a/k/a Aharon Rottenberg and Sheilah Rottenberg, et als | TYPE OF PROCESS<br>Sale |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
U.S. Marshals Service (Trenton Office)

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
402 East State Street, Trenton, NJ 08608

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Adam D. Greenberg, Esq.
Honig & Greenberg, L.L.C.
1949 Berlin Road, Suite 200
Cherry Hill, NJ 08003

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Sale Date: April 8, 2011
Time: 11:00 a.m.
At: Location listed above

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (856) 770-0990
DATE: 3/8/11

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>3 | District of Origin<br>No. 50 | District to Serve<br>No. 50 | Signature of Authorized USMS Deputy or Clerk | Date<br>3/8/11 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 4/8/11   Time: 11:05  ☒ am  ☐ pm

Signature of U.S. Marshal or Deputy
_____ # 3310

| Service Fee<br>55.00 | Total Mileage Charges including endeavors)<br>— | Forwarding Fee | Total Charges<br>55.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS:
3/8/11 — Fwd to Trenton for svc.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

CV-10-868-4

# Affidavit of Publication

Publisher's Fee $656.00    Affidavit $35.00

**State of New Jersey** } SS.

**Monmouth/Ocean Counties**

Personally appeared _Ana Pugliese_

Of the **Asbury Park Press**, a newspaper printed in Freehold, New Jersey and published in Neptune, in said County and State, and of general circulation in said county, who being duly sworn, deposeth and saith that the advertisement of which the annexed is a true copy, has been published in the said newspaper 4 times, once in each issue as follows:

3/11/11, 3/18/11, 3/25/11, 4/01/11

A.D. 2011

Sworn and subscribed before me, this 1) day of **April, 2011**

_Kathleen A Gibson_
Notary Public of New Jersey

Kathleen A. Gibson
Notary Public State of New Jersey
My Commission Expires Dec. 18, 2014

---

**STATE OF NEW JERSEY**

**NOTICE OF UNITED STATES MARSHAL'S SALE**

By virtue of an Order of a Final Judgment of Foreclosure and Writ of Execution filed in the U.S. District Court for the District of New Jersey on August 23, 2010, in the matter captioned Samuel Zucker d/b/a Samuel Zucker Realty vs. Aaron Rottenberg a/k/a Aharon Rottenberg and Sheilah Rottenberg, his wife, et als, Civil Action No. 10-868-FLW and pursuant to 28 U.S.C. 2001 et seq., I, DONALD I. RACKLEY, Acting, United States Marshal, shall expose for sale by public venue at the United States Marshals Service, District of New Jersey, Trenton Office, U.S. Courthouse, 402 East State Street, Trenton, New Jersey on April 8, 2011 at 11:00 a.m., prevailing time, the following property (the "Property") consisting of the land and all buildings, structures and fixtures on or attached to the land, AS IS, WHERE IS, WITHOUT ANY REPRESENTATIONS OR WARRANTIES OF ANY KIND, being in the Township of Lakewood, County of Ocean, and State of New Jersey, commonly known as 207 Carey Street, Lakewood, New Jersey 08701, and more particularly described as follows:
ALL THAT CERTAIN LOT, PIECE OR PARCEL OF LAND WITH THE BUILDINGS AND IMPROVEMENTS THEREON ERECTED SITUATE, LYING AND BEING IN THE TOWNSHIP OF LAKEWOOD, COUNTY OF OCEAN AND STATE OF NEW JERSEY:
BEING KNOWN AND DESIGNATED AS LOT 2 IN BLOCK 110 ON A MAP ENTITLED "MINOR SUBDIVISION AND VARIANCE LOTS 2 AND 3 BLOCK 110, LAKEWOOD TOWNSHIP, OCEAN COUNTY, NEW JERSEY" DULY FILED IN THE OCEAN COUNTY CLERK'S OFFICE ON AUGUST 3, 1989 AS MAP G-2214.
THE ABOVE PREMISES ARE MORE CURRENTLY DESCRIBED IN ACCORDANCE WITH A SURVEY MADE BY STANLEY PETERS ASSOCIATES, P.E., L.S., DATED MARCH 31, 1993 AS FOLLOWS:
BEGINNING AT A POINT IN THE NORTH LINE OF CARY STREET SAID POINT BEING DISTANT 116.17 FEET WEST FROM THE NORTHWEST INTERSECTION OF CARY STREET AND LEXINGTON AVENUE AND RUNNING; THENCE
1. ALONG THE NORTH LINE OF CARY STREET NORTH 88 DEGREES 30 MINUTES 00 SECONDS WEST 70.00 FEET TO A POINT; THENCE
2. NORTH 01 DEGREES 30 MINUTES 00 SECONDS EAST 150 FEET TO A POINT; THENCE
3. SOUTH 88 DEGREES 30 MINUTES 00 SECONDS EAST 70.00 FEET TO A POINT; THENCE
4. SOUTH 01 DEGREES 30 MINUTES 00 SECONDS WEST 150.00 FEET TO A POINT IN THE NORTH LINE OF CARY

STREET AND PLACE OF BEGINNING.

The property will be sold as one whole parcel at public sale to satisfy the amounts due on the judgment entered herein, together with the interest due thereon and the costs of this sale, being in the approximate amount of $891,061.04 as of January 30, 2011, plus post judgment interest to date of sale.

In addition to other terms and conditions that may be announced at the Sale, the Terms and Conditions of this Sale shall be as follows:

a. The property shall be sold as one whole parcel at public sale at the U.S. Marshals Service, Trenton, New Jersey.

b. The Plaintiff may bid a credit against its judgment and interest thereon; plus costs and expenses, without tender of cash, as provided by 31 U.S.C. 3715.

c. A deposit of (20%) in money order or by certified check made payable to the order of the U.S. Marshals Service for the amount of the bid, which shall be paid forthwith upon conclusion of the bidding. The successful bidder, called the "Purchaser" must pay the remaining eighty percent (80%) of the purchase price to the U.S. Marshals Service within thirty (30) days of written notice to purchaser that the U.S. Marshals Service has received a certified copy of the Order Confirming Sale, and is prepared to deliver to purchaser a Deed for the property at a time and place specified.

Failure to do so will result in the bidder's forfeiture of any amounts he or she deposited with the U.S. Marshals Service. The U.S. Marshal reserves the right to reject any and all bids not in accordance with the terms of sale.

d. The purchaser shall be liable for payment of the purchase money, whether he attends and receives his Deed at such time and place or not; and in case he neglects to receive his Deed and pay the balance of the purchase money, as aforesaid, the U.S. Marshals Service will have the option of either re-advertising the land and premises and selling it again, or of proceeding to compel the purchaser to complete his purchase. In the event that the re-sale of the land and premises should produce a sum less than the former bid, the purchaser will be held liable for the difference plus interest and expenses. If a subsequent sale should produce a larger sum than the former bid, interest and expenses, the purchaser shall not receive any benefit thereby.

e. The bidding will be kept open after the land and premises is struck off; and in the event that the purchaser fails to comply with any of the above conditions of sale, the U.S. Marshal, at his option, may again immediately put up the land and premises for sale, subject to the same conditions, and the original purchaser shall be held liable for any deficiency and shall not receive benefits from any increased bid.

f. The reference to "he", "his" or "him", relating to the purchaser shall be held to apply to one or more individuals, male or female, or a corporation or corporations.

g. The purchaser shall be liable for any and all revenue stamps that may be required by any recording fees.

h. The purchaser takes the land and premises as described in the Final Judgment of Foreclosure and Writ of Execution and subject to such claims for local taxes and other liens having priority over the lien of the Plaintiff or parties not joined in the foreclosure action as a proper search of the records may disclose.

i. The Marshals Service reserves the right to adjourn the sale without further notice by publication.

j. For further information you may contact the attorney for the plaintiff, Adam D. Greenberg, Esq., Honig & Greenberg, L.L.C., 1949 Berlin Road, Suite 200, Cherry Hill, New Jersey 08003-3737, (856) 770-0990.

/s/ DONALD I. RACKLEY
Acting, United States Marshal
District of New Jersey

($656.00)                    290564

FOR: <u>Real Property – 207 Carey Street, Lakewood, NJ  08701</u>

# UNITED STATES MARSHALS SERVICE

## BIDDER REGISTRATION FORM

<u>CV-10-868</u>

<u>SAMUEL ZUCKER D/B/A SAMUEL ZUCKER REALTY</u>

<u>VS</u>

<u>AARON ROTTENBERG A/K/A AHARON & SHEILA ROTTENBERG, ET ALS</u>

NAME: Adam D. Greenberg

ADDRESS: 1949 Berlin Rd Suite 200
Cherry Hill NJ 08003-3737

I represent:

NAME: Samuel Zucker

ADDRESS: 1132 East 26th St Brooklyn NY 11210

TELEPHONE NUMBER: 856 770 0990

FAX NUMBER: 856 770 8511

E-MAIL ADDRESS: AGreenberg@HGLLCLAW.com

SIGNATURE: [signed]

DATE: 4/8/11

**FOR:  Real Property – 207 Carey Street, Lakewood, NJ  08701**

# UNITED STATES MARSHALS SERVICE

## LIST OF BIDDERS

**RE:**  Samuel Zucker d/b/a Samuel Zucker Realty Vs.
      Aaron Rottenberg a/k/a Aharon & Sheila Rottenberg, et als.

**CIVIL NUMBER#:**  CV-10-868

**DATE OF SALE:**  April 8, 2011

| NAME | ADDRESS | AMOUNT |
|---|---|---|
| Adam D. Greenberg | 949 Berlin Rd. Suite 200, Cherry Hill, NJ 08003 | $100.00 Credit B. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FOR: <u>Real Property – 207 Carey Street, Lakewood, NJ  08701</u>

# UNITED STATES MARSHALS SERVICE

# PURCHASER SIGNATURE FORM

<u>SAMUEL ZUCKER D/B/A SAMUEL ZUCKER REALTY</u>

VS

<u>AARON ROTTENBERG A/K/A AHARON & SHEILA ROTTENBERG, ET ALS</u>

<u>CV-10-868</u>

THE PROPERTY DESCRIBED ABOVE WAS BID OFF BY ME FOR THE SUM OF $100.00 Credit Bid, AND I HEREBY AGREE TO COMPLY WITH THE CONDITIONS OF THE SALE SET FORTH HEREIN.  THE UNITED STATES MARSHALS SERVICE'S COMMISSION IS BASED UPON THE FAIR MARKET VALUE OF THE PROPERTY, THE JUDGMENT OR A SATISFACTORY BID.

4/8/11
DATE

Adam D. Greenberg
PURCHASER

1949 Berlin Rd Suite #200
ADDRESS

Chery Hill, NJ 08003-3737
CITY, STATE, ZIP CODE



UNITED STATES GOVERNMENT
# MEMORANDUM

DATE: July 7, 2011

FROM: WANDA GRIFFIN, SDUSM

SUBJ: Report of Sale

TO: U.S. District Court
District of New Jersey

In the matter of Samuel Zucker d/b/a Samuel Zucker Realty vs Aaron Rottenburg aka Aharon Rottenburg & Sheilah Rotenburg CV-10-868, the following documents are enclosed: The Report of Sale, Affidavit, Form USM-285 (Sale - Process Receipt and Return), the Closeout Expenses and Disbursement Tally Sheet, Affidavit of Publication, Bidder Registration Form, and Purchaser's Signature Form.

WG:eb
Encls.